MIGUEL ANGEL ROSAS LEON.
(Name)

220 WEST C STREET
(Address)

SAN DIEGO, CALIFORNIA. 92101
(City, State, Zip)

17098-198
(CDC Inmate No.)

FILED
2008 MAY 16 PM 1:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District of California

MIGUEL ANGEL ROSAS LEON,
_____
(Enter full name of plaintiff in this action.)

                            Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS
AND M.C.C. WARDEN, MS.JARNACKE
A.W.BAIR. LAW LIBRARIAN,
MR.KATTIE AND COBIAN,
MR.RICHMAN. AND NELLIE KLINE TORRES
(Enter full name of each defendant in this action.)
                            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0876 JAH POR
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

PRO-SE

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, MIGUEL ANGEL ROSAS L.
(print Plaintiff's name)
17098-198
_____, who presently resides at 220 west c. street
(mailing address or place of confinement)
SAN DIEGO, CALIFORNIA. _____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at METROPOLIT-
CORRECTIONAL CENTER on (dates) 10/25/07 till , and 4/25/08 .
(institution/place where violation occurred)       (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 5/98)
K:\COMMON\EVERYONE\1983\1983FORM.COM

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant PAULA M. JARNACKE resides in SAN DIEGO, CA.
           (name)                                (County of residence)
and is employed as a WARDEN AT M.C.C. . This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: EVER SINCE I WENT PRO-SE ON MY CASE SHE HAS BEEN RESPONSIBLE FOR ALL THE HARDSHIP I' HAVE EXPERIENCE IN THE LAST FIVE MONTHS. TO THE POINT OF EVEN LOOSING MY PROPARTY AND ITS ALL LEGAL FOLDERS THAT ARE NOW LOST.

Defendant MR. KATTIE resides in SAN DIEGO CA.
          (name)                                 (County of residence)
and is employed as a LAW LIBRARIAN AT M.C.C. . This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: HE ALWAYS MADE MY TIME IN THE LIBRARY VERY HARD BY NOT LETTING ME EITHER MAKE COPYS OR TELLING ME THAT HE WAS GOING TO THROW ME IN THE HOLE. HE CALL ME A WET BAG OR STUPID.

Defendant COBIAN, resides in SAN DIEGO, CA.
          (name)                                 (County of residence)
and is employed as a LIBRARIAN AT M.C.C. . This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ON MANY OCCATIONS WOULD DENIED ME LEGAL BOOKS, AND THE TIMES THAT I CAME TO HIM FOR THE THINGS THAT MR. KATTIE WAS DOING TO ME WETHER IT WAS HIS DISRESPECT OR T

Defendant RICHMAN resides in SAN DIEGO, CA.
          (name)                                 (County of residence)
and is employed as a UNIT MANAGER . This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: I' GAVE HIM A GREIVANCE ABOUT MS. NELLIE KLINE TORRES WERE I' COMPLAINED ABOUT HER INVOLVEDMENT IN MY PERSONAL AFFAIRS, ON HOW MUCH I SPEND AND WHO I WAS CALLING. WHEN I FACT THE MAGISTRATE ORDER THAT NOTHING ABOUT WHO I CALL SHOULD NOT BE LISTEN TO OR TALK ABOUT UNLESS IS THROUGH A COURT OR THE SECURITY OF M.C.C. WAS AT RISK. THIS BY MGISTRATE BARBARA L. MAJOR.

DEFENDANT  NELLIE KLINE TORRES.            resides in S.D.

AND IS EMPLOYED AS A ATTORNEY FOR M.C.C. this defendant is being sue in her official capasity. she knew of the many hardships that i was going through by being moved from floor to floor and not once did i recieved an incident report. and she never answer my many request to put a stoppage to my many hard ships. and she violated my six amenment as well.

DEFENDANT A.W.MS.BAIR.            resides in san diego.

and is employed as a ASSOCIATE WARDEN, this defendant is sue in her individual and official capacity. and under the color of law she did nothing about the problems that i was having with mr.kattie in the law library. or with mr. cobian.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: MY SIX AMENDMENT THE RIGHT TO DEFEND MY SELF, AND THE FACT THAT I HAD TO GET MOVED FROM FLOOR TO FLOOR.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

FROM THE TIME I DESIDED TO GO PRO-SE M.C.C. WAS MORE THEN WILLING TO MAKE MY STAY THERE EXTRA HARDER SINCE THEY HAVE MOVE ME FROM FLOOR TO FLOOR, AND THE STAFF MENTION WOULD TELL ME WHY I WAS GOING TO HATE THE FACT THAT I WENT PRO-SE AND THAT I WOULD BE VERY SORRY. MR. RICHMAN, SHOW PREJUDICE ON MANY COMENTS HE WOULD MAKE, HE WOULD EVEN TELL ME THAT HE HAD A SURPRISE FOR ME THEN THE MOVES FROM FLOOR TO FLOOR. AND EVEN MR. KATTIE WOULD CALL ME A WET BAG AND STUPID, AND THAT I WOULD BE SORRY FOR TAKING M.C.C. TO COURT OVER THE PHONE ISSUE. SO IN ESSENCE I HAVE HAD TO FIGHT TWO FRONTS THE CASE IN WHICH I'M BEING CHARGE AND THE SECOND ABOUT ME GETTING MOVED AND EVEN PUTTING ME IN THE HOLE FOR NO REASON. THEY WOULD ALWAYS MAKE IT HARD TO EVEN GIVE ME PHONE CALLS EVEN THOUGH THEY WHERE LEGAL. TILL FINALLY ON 4/25/08 they MOVED ME TO GEO WERE THEY DONT EVEN HAVE THE NESSESSARY LEGAL BOOKS THAT I NEED TO DEFEND MY SELF. AND THE DAY BEFORE THEY TRANSFER ME TO GEO, THEYD PACT TWO BOXES OF LEGAL PROPERTY, BUT WHEN I GOT TO THE FEDERAL COURT MY PROPERTY WAS NOT THERE, UNTILL I EXPLAINED THIS TO THE HONORABLE JUDGE SABRA. THIS HAPPEN ON 4/25/08 around 10:30 a.m. WELL WHEN HE ( JUDGE SABRA) TOLD ONE OF THE MARSHALS TO LOOK FOR MY PROPERTY, AFTER WE LEFT THE COURT ROOM HE TOOK A CART AND CALL M.C.C. AND SAID THAT HE WANTED TO GO PICK UP MY PROPERTY, WHEN THE MARSHAL MR. BURROLA CAME BACK WITH MY PROPERTY HE GAVE ME TWO BOXES, ONLY THING IS THAT ONE OF THE BOXES WAS MISSING TWO FOLDERS THAT THEY WERE FULL THE VERY SAME MORNING BEFORE I WAS TAKEN TO COURT. SIX MONTHS OF LEGAL WORK THAT I DID EVERY TIME I WAS LET INTO THE LAW LIBRARY.

Count 2: The following civil right has been violated: 6th AMENDMENT AND MY 1st as well.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

IT HAD TAKEN ME OVER FIVE MONTHS TO PUT TOGETHER EERYTHING THAT WAS TAKEN FROM ME IN JUST THE TIME THAT I WAS TAKEN TO COURT IN THE MORNING, LONG HOURS OF HARD WORK. AND HAVE THE COPY OF PROPERTY SLIP.

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

AND IN FACT THE OFFICER THAT HELP ME PACK MY PROPERTY HE WILL VERYFIED WHAT I'M SAIYING IS TRUE BECAUSE HE SIGN THE FORM. SO ALL THIS IS COME TO THIS AFTER ALL THE HARDSHIP THAT I HAVE BEEN PUT THROUGH THEY FINALLY TRANSFER ME TO ANOTHER FACILITY (GEO) AND STOLD OR MISPLACE MY PROPERTY, AND THEY DONT KNOW WERE ITS AT. AND MR. RICHMAN ALSO PUT MY LIFE IN JEOPARDY BY PUTTING ME IN THE HOLE AND MOVING ME FROM FLOOR TO FLOOR WITH OUT EVER GETTING AN INCIDENT REPORT. MR. KATTIE ALSO CALL ME A JAIL HOUSE LAWYER WHO WAS NOTHING BUT A STUPID MEXICAN TACO. AND THAT IT WAS JUST A MATTER OF TIME BEFORE HE WOULD PUT MY ASS IN PROTECTED CUSTODY SO THAT MY LIFE WOULD BE A LIVING HELL. SO NOT ONLY HAVE THEY VIOLATED MY FIRST AMENDMENT BUT MY SIX AS WELL. BECAUSE OF THE WAY THE DEFENDANTS HAVE MADE MY LIFE SO HARD WHILE TRYING TO DEFEND MY SELF FROM MY CURRENT CASE OF 1326 and PROBATION VIOLATION. AND I HAVE BEEN HARRASSED AND DISCRIMINATED AGAINST SO MANY TIMES, BASED ON MY RACE AND NATIONAL ORIGIN. AND EVERYTHING THAT IS BEING SAID IS VERY EASY TO PROVED DUE TO THE MANY MOVES M.C.C. DID JUST TO MAKE MY LIFE JUST THAT MUCH HARDER. WHEN I WENT TO MR. RICHMAN ABOUT MS. KLINE BEING IN VIOLATION OF MY SIX AMENDMENT AND ALL HE EVEN INFORMED ME THAT SHE WAS A VERY DEAR FREIND OF HIS AND THAT I WOULD BE ONE SORRY SON OF A BITCH FOR EVEN THINKING OF FILLING ANY COMPLAINEDS ON HER FREIND. AND I SEND MANY REQUEST TO MS. KLINE ABOUT THE MANY OBSTACLES I'WAS GOING THROUGH TO NO AVAIL . I EVEN TOLD HER THAT IT WAS RETALIATION FOR ME TAKING TO COURT M.C.C. OVER THE PHONE ISSUE AND THE TIME I NEEDED AT THE LAW LIBRARY.

Count 3: The following civil right has been violated: __MY EIGHT AMENDMENT AND MY__
__FOURTH AS WELL.__ (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

BY TAKING MY LEGAL WORK THEY HAVE SEVERLY HURT MY CASE IN WAYS THAT ONLY TIME WILL TELL. AND EMMOTIONAL ESSTRESS THAT I HAVE GONE THROUGH HAS TAKEN ITS TOLL. I' CANT SLEEP GOOD AT NIGHT AND THE FACT THAT THE EITHER STOLD OR LOST MY LEGAL PAPERS IS NOT THE POINT. BUT WHAT ABOUT THE HARD WORK I HAVE DONE IN ORDER TO TRY AND GET THE BEST RESULT POSIBLE.

AND IF THE M.C.C. STAFF WANT To Go Through Great heights To Give Me Hard ship — from Moving Me Around from floor to floor, to the Point of Even Sending Me to the hole. I' have Gone through So Much stress And Many hard hours of hard work of Me Going to the Law library And the Law Library will have to continued That I' Made hundreds of Copys if Not thousands. And All My research was stolen or Misplace. And I' have the proof that with My property Slip. under of Federal Law And Acting under Color of Federal Bureau Law the defendants violated My civil rights and used to have A fair Chance to represent My self with deliberate Malice agains Me.

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

_____

§ 1983 SD Form
(Rev. 5/98)

6

K:\COMMON\EVERYONE\1983\1983FORM.COM

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from getting Move Back to M.C.C. San Diego, Ca. And for them to Get Transfer to Another Bureau of Prisons, or Suspended wiles I Prove the Malice, the records speak Values.

2. Damages in the sum of $ 1,000,000.00

3. Punitive damages in the sum of $ 1,000,000.00

4. Other: And Another Million for Maliciously and Bad faith; Coming to a total of 3,000,000.00.

F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

5/16/08
Date

_Miguel Angel Moses Leon_
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

K:\COMMON\EVERYONE\1983\1983FORM.COM

```
              WRDF - SAN DIEGO
              ==========================================
              Visitation Transaction Receipt (Reprint)
              Monday, May 05, 2008  @13:57
```
===================================================================

Officer ID: LANCOR
Transaction #: 100610448
USMS#:                Inmate Name:
  17098198               ROSAS-LEON, MIGUEL ANGEL

Description: 222184464335-US TREAS

Floor:          Block:          Cell:
  5                E              522

Trans Type:     Date:           Amount:
  DEPMO           May 05, 2008    $   156.24

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

---

Page 1

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Miguel Angel Rosas Leon

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ___ No ✓

**DEFENDANTS**

Federal BOP, et al.

FILED
2008 MAY 16 PM 1:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Miguel Angel Rosas Leon
220 West C Street
San Diego, CA 92101
17098-198

**ATTORNEYS (IF KNOWN)**

'08 CV 0876 JAH POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE 5/16/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Mell